**Opinion issued February 12, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-26-00122-CV

_____

## IN RE SHALEAETHA PRESTON-CAVER AND QUINTON CAVER,
## Relators

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

On February 4, 2025, Relators Shaleatha Preston-Caver and Quinto-Caver

filed a petition for writ of mandamus requesting that our Court compel the County

Court at Law No. 6 of Fort Bend County to rule on Relators' "Emergency Motion to

Reduce or Waive Supersedeas Bond" filed on January 30, 2026.[1] Relators' motion

---

[1] The underlying case is *U.S. Bank Trust National Association, as Trustee of BKPL-EG Basket Trust v. Shaleatha Preston Caver and Quinton Caver*, cause number 25-CCV-076685, pending in the County Court at Law No 6 of Fort Bend County, Texas, the Honorable Dean Hrbacek presiding.

pertains to an "Order Granting Judgment for Possession" signed by the County Court on January 29, 2026.[2] In conjunction with their mandamus petition, Relators filed a motion requesting that our Court stay enforcement of the County Court's judgment of possession pending resolution of the petition.

On February 6, 2026, at the conclusion of a hearing on Relators' motion, the County Court signed an order denying Relators' Motion to Reduce or Waive Supersedes Bond. Because the County Court has ruled on the motion for which Relators seek our Court to compel a ruling, we dismiss Relators' mandamus petition and related motion to stay as moot. *See In re Salverson*, No. 01-12-00384-CV, 2013 WL 557264, at *1-2 (Tex. App.—Houston [1st Dist.] Feb. 14, 2013, orig. proceeding) (mem. op.) (dismissing petition for writ of mandamus as moot where "there [was] no longer a justiciable controversy between the parties that would be resolved by the petition for mandamus relief"); *In re Jackson*, No. 01-12-00020-CV, 2012 WL 405707, at *1 (Tex. App.—Houston [1st Dist.] Feb. 9, 2012, orig. proceeding) (mem. op.) (dismissing petition for writ of mandamus as moot because relator "received the relief requested in his mandamus petition").

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.

---

[2]  Relators filed a notice of appeal from the judgment of possession on January 30, 2026, and the appeal is currently pending in our Court as *Quinton Caver and Shalathe Preston-Caver v. U.S. Bank Trust National Association as Trustee for the BKPL-EG Basket Trust*, Cause No. 01-26-00121-CV.

2